**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**LAZARO DUARTE**                                                                 **PLAINTIFF**

**VS.**                                           **CIVIL ACTION NO.: 3:13-cv-229-JMV**

**CENTRAL FREIGHT LINES, INC., et al.**                          **DEFENDANTS**

## ORDER GRANTING MOTION TO INTERVENE

Before the court is Chubb Indemnity Insurance Company's ("Chubb") Motion for Leave to Intervene [23]. Chubb seeks leave to intervene in this cause as a party Plaintiff pursuant to Federal Rule of Civil Procedure 24(a), asserting the right to reimbursement for workers' compensation benefits paid to Plaintiff in connection with injuries for which he seeks to recover in this lawsuit. Both Plaintiff and Defendants have represented to the court that they do not oppose the motion. Therefore, for good cause shown and hearing no objection from any party, the court finds Chubb's Motion for Leave to Intervene is well taken and should be granted.

**IT IS THEREFORE ORDERED** that Chubb's Motion for Leave to Intervene is hereby **GRANTED**. It shall file its proposed complaint in intervention within seven (7) days of the date of this order.

**SO ORDERED** this, the 28th day of April, 2014

                                             /s/ Jane M. Virden
                                             **UNITED STATES MAGISTRATE JUDGE**